**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-20319-CR-KING**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANA ENRIQUEZ,

    Defendant.
    _____/

**UNOPPOSED MOTION TO AWARD FINAL FEES AND
COSTS TO THE RECEIVER AND RECEIVER'S COUNSEL**

    George Richards, Receiver, through the undersigned counsel, files this Unopposed Motion to Award Final Fees and Costs to the Receiver and his counsel. In support thereof, the Receiver states as follows:

    1.    On August 31, 2016 this Court entered an Order (DE 202) appointing George Richards of National Auction Company, Inc. as the Receiver ("Receiver") over certain real property owned by the Defendant, Ana Enriquez ("Enriquez"). The Receiver was authorized and directed to sell the property for the purposes of payment towards Defendant's outstanding restitution obligation to the United States in the original amount of $12,166,967.00 (DE 182).

    2.    The Receiver was directed by the Court to sell the single family home located at 243 N.W. 136 Place, Miami, FL 33196 (the "Receivership Property").

    3.    In the course of performing his responsibilities, the Receiver: (a) routinely inspects the Receivership Property; (b) ensures that the Receivership Property is adequately secured; (c) ensures that any necessary maintenance is performed; (d) conducts a market study to develop an opinion of value; (e) actively markets and personally shows the Receivership

Property to interested purchasers; and (f) takes such other action as he deems reasonable and necessary in furtherance of performing his responsibilities to maintain the status quo and liquidate the asset.

## Sale of the Receivership Property

4. On February 13, 2017 the Court entered an Order Approving Sale of Receivership Property (DE 206) for the purchase price of $345,000.00.

5. On February 17, 2017 the Receiver closed the sale of the Receivership Property and a Notice of Closing (DE 207) was filed with the Court on February 20, 2017.

6. After payment of closing costs, an outstanding mortgage loan, past due real estate taxes and commissions to participating real estate brokers, the Receivership Estate received net proceeds of $280,501.48. A copy of the Closing Statement is attached hereto as **Exhibit "A"**.

## The Receiver's Requested Fees and Expenses

7. The Order Appointing Receiver (DE 202) provides that the Receiver will be paid a 6% commission plus reimbursement of costs.

8. The Receiver requests an award of 6% of the $345,000.00 sales price, which results in compensation in the amount of $20,700.00. The Receiver also requests reimbursement of $2,745.41 in expenses advanced for the Receivership Property. A copy of the Receivership Expense Report is attached hereto as **Exhibit "B"**.

9. The Receiver is not requesting hourly compensation for his efforts in administering the Receivership Estate and the Receivership Property in this matter.

10. The total amount sought by the Receiver for Receiver fees and expenses through the date of this Motion is $23,445.41.

**Attorney Fees and Expenses of Receiver's Counsel**

11. In addition to the foregoing fees and expenses, the Receiver engaged Chapman Smith Esq. ("Receiver's Counsel") to represent him in this matter to facilitate the administration of the Receivership Estate.

12. As of July 16, 2018, Receiver's Counsel expended 39.30 hours of attorney and paralegal time totaling $11,809.00, and advanced costs totaling $333.02, for a total of $12,142.02. The Affidavit of Attorney Fees and Costs from Receiver's Counsel is attached hereto as **Exhibit "C"**.[1]

13. The aforementioned attorney fees include the representation of the Receiver in a state court foreclosure proceeding filed by Regions Bank d/b/a Regions Mortgage. The state court proceeding was filed in Miami-Dade Circuit Court as a result of Defendant's failure to pay mortgage payments and is styled as *Regions Bank vs. Ana I. Enriquez, et al.,* Case No. 2016-030772-CA01. The state court proceeding was ultimately dismissed as a result of the sale of the Receivership Property.

14. The aforementioned attorney fees also include the representation of the Receiver in the efforts to gain access to the Property which was initially occupied by defendant's adult son. Ultimately, the Receiver filed a Joint Motion for Entry of Break Order and Authorizing Receiver to Conduct Discovery (DE 203) on October 3, 2016 in order to gain access to the Receivership Property.

15. On October 5, 2016 this court entered a Break Order to the Property (DE 204) and the Receiver was granted access to and possession of the Receivership Property shortly thereafter.

---

[1] Because the instant Motion is unopposed, an affidavit of reasonableness from third party counsel is not included in an effort to reduce the expense to the Receivership Estate.

16. The United States agrees that the time expended and the expenses incurred in this matter by the Receiver and Receiver's Counsel were necessary and reasonable and recommends the approval and award of same.

17. By this Motion, the Receiver seeks the award and disbursement of the following fees and costs: (a) $23,445.41 to the Receiver for the Receiver's fee and reimbursement of expenses; and (b) $12,142.02 in attorney fees and costs to be awarded to Receiver's Counsel.

18. All amounts awarded to the Receiver and Receiver's Counsel hereunder will be deducted and disbursed from the proceeds of sale of the Receivership Property.

19. The Receiver requests that the Court: (a) approve the professional fees and compensation to the Receiver and Receiver's Counsel as provided for herein; and (b) authorize the payment and disbursement of all awards hereunder to be made from the proceeds of sale. A Proposed Order Awarding Final Fees and Costs is attached hereto as **Exhibit "D"**.

WHEREFORE, the Receiver respectfully requests this Honorable Court (a) approve and award the professional fees and expenses to the Receiver and his attorneys, (b) direct the payment of same from the proceeds of sale, and (c) grant such further relief as this Court deems just and proper under the circumstances.

## **COMPLIANCE WITH LOCAL RULES 7.3 & 88.9(a)**

The undersigned hereby certifies that prior to filing this Motion, the undersigned conferred with (a) Maureen Donlan, AUSA, on behalf of the United States of America, who advised that the United States is in agreement with the Motion; and (b) Michael Band, Esq., counsel for Defendant, Enriquez, who has advised that Defendant has no objection.

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    Respectfully submitted,

    By: s/ Chapman Smith, Esq. (0002895)
    E-Mail: csmith@csmithassoc.com
    Fla. Bar No. 0002895
    Chapman Smith & Associates, PLC
    2699 Stirling Road, Suite A201
    Fort Lauderdale, FL 33312
    Telephone: 954.981.3249
    Facsimile: 945.981.3259
    Attorneys for Receiver

## SERVICE LIST

**United States v. Ana Enriquez, et al**
**Case No. 15-20319-CR-KING**
**United States District Court, Southern District of Florida**

Maureen Donlan, AUSA
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
Email: maureen.donlan@usdoj.gov
CM/ECF

Daren Grove, AUSA
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
Email: daren.grove@usdoj.gov
CM/ECF

Kevin Larsen, AUSA
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
Email: kevin.larsen@usdoj.gov
CM/ECF

Michael Robert Band, Esq.
Michael R. Band, P.A.
1200 Alfred I. DuPont Building
169 East Flagler Street
Miami, FL 33131
Email: michael@bandlawfirm.com
CM/ECF